LAW OFFICES

# BASS & ASSOCIATES
A PROFESSIONAL CORPORATION

FORT LOWELL CORPORATE CENTER
SUITE 200
3936 EAST FORT LOWELL ROAD
TUCSON, ARIZONA 85712

TELEPHONE
(520) 577-1544
FACSIMILE
(520) 577-1546

March 25, 2015

United States Bankruptcy Court
Northern Distrcit of New York
445 Broadway
Albany, NY 12207

Re:        Melvin C Desrocher
Case No.:  14-12459
Claim No.: 1

To Whom It May Concern:

Our firm filed the above listed proof of claim on behalf of our client on March 16, 2015 in the amount of $867.45. Upon reviewing case information, we respectfully request the above proof of claim be withdrawn.

If you have any questions or need further assistance regarding this matter, please feel free to contact us at our toll free number 888-283-4624 x 5908.

Sincerely,

Jennifer Pursley
Bass & Associates, P.C.
Authorized Agent for
Cavalry Spv I, LLC
Admitted in Arizona
022652